Troy WATSON, et al., Plaintiffs–
Appellees,

v.

SHELL OIL COMPANY, and Brown
& Root, U.S.A., Inc., Defendants–
Appellants.

Robert ADAMS, Sr., et al.,
Plaintiffs–Appellees,

v.

SHELL OIL COMPANY, and Brown
& Root, U.S.A., Inc., Defendants–
Appellants.

No. 91–3449.

United States Court of Appeals,
Fifth Circuit.

Jan. 25, 1994.

ON PETITION FOR REHEARING AND
SUGGESTION FOR REHEARING
EN BANC

(Opinion December 7, 1992, 5
Cir., 1992, 979 F.2d 1014)

Before POLITZ, Chief Judge,
GARWOOD, JOLLY, HIGGINBOTHAM,
DAVIS, JONES, SMITH, WIENER,
BARKSDALE, E. GARZA, and DeMOSS,
Circuit Judges.*

Prior Report: 136 F.R.D. 588.

BY THE COURT:

IT IS ORDERED that the joint motion of
appellants, Shell Oil Company and Brown &
Root, U.S.A., Inc. and appellees, the plain-
tiffs' Legal Committee, to dismiss these in-
terlocutory appeals presently pending for re-
hearing en banc, with prejudice, each party
to bear its own costs, is granted.